WEBSTER F. CHUTE *vs.* HATTIE H. CARTER.

Penobscot County. Decided December 2, 1919. Action for money had and received. Verdict for plaintiff for $557.44. Motion for new trial by defendant. As it is not the opinion of a majority of the court that the verdict is manifestly wrong, the entry must be: Motion overruled. *Fellows & Fellows*, for plaintiff. *R. E. Mason, and William E. Whiting*, for defendant.

CORA D. TYLER *vs.* Estate of HERBERT E. PATTEN.

Hancock County. Decided December 4, 1919. This case involves a clear question of fact. It was peculiarly a question for a jury. They saw the parties and heard the evidence and rendered an entirely reasonable verdict in amount. While we might not disturb a verdict if it was the other way, we yet feel that the decision of the case falls within the function of a jury, as a constitutional tribunal, solely authorized by law to pass upon questions of fact. Motion overruled. *Hale & Hamlin*, for plaintiff. *Gray & Sawyer*, for defendant.

WILLIAM THOMPSON,

Treasurer of Bangor State Hospital,

*vs.*

CHARLES HENRY HAMM.

Penobscot County. Decided December 4, 1919. This case is decided upon the docket entries, to wit: Ent. at Bangor, 1919; 3d. writing; both briefs to be filed before Portland term; if not, judgment for plaintiff; case and plaintiff's brief in.

The defendant's brief was not filed in accordance with the docket entry nor is it yet filed. Judgment for plaintiff. *George E. Thompson* for plaintiff. *D. F. Snow, C. P. Conners, and Gillin & Gillin*, for defendant.